O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOUGLAS PIPER,                              )       CASE NO. SA CV 06-00845 CAS (RZ)
                                           )
                    Plaintiff,             )
                                           )       ORDER ACCEPTING REPORT AND
          vs.                              )       RECOMMENDATION OF UNITED
                                           )       STATES MAGISTRATE JUDGE
COUNTY OF SAN BERNARDINO,                  )
ET AL.,                                    )
                                           )
                    Defendants.            )
                                           )

          The Court has reviewed the file in this matter, and has read and reviewed the

Report and Recommendation of United States Magistrate Judge. Further, the Court has

engaged in a <u>de novo</u> review of those portions of the Report to which Plaintiff has objected.

The Court

          (1)     ACCEPTS the Report and Recommendation;

          (2)     DISMISSES the action against the Doe defendants;

          (3)     GRANTS summary judgment in favor of Defendants for

                  federal Claims 1-2;

          (4)     DECLINES supplemental jurisdiction on state law Claims 3-10;

          (5)     DENIES Plaintiff's motion to strike; and

///

///

(5)   Orders that Judgment be entered DISMISSING this action (a) with prejudice as to Plaintiff's federal Claims 1-2 but (b) without prejudice to Plaintiff's state law Claims 3-10.

DATED: February 4, 2009

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE