**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DOUGLAS PIPER, | ) | CASE NO. SA CV 06-00845 CAS (RZ) |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT |
| COUNTY OF SAN BERNARDINO, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice as to Plaintiff's federal claims 1 and 2 and without prejudice as to Plaintiff's state law claims 3-10.

DATED: February 4, 2009

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE